STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-MJ-71481 MAG |
| Plaintiff, | |
| v. | PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| RATHA YIN, | |
| Defendant. | |

TO:    The Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of California

    Assistant United States Attorney Frank J. Riebli respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner RATHA YIN, whose place of custody or jailor are set forth in the requested Writ, attached hereto. RATHA YIN has been an inmate in the California Department of Corrections & Rehabilitation since approximately 2005. The government understands that he is due to be released from prison in March, 2022. The government charged RATHA

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-MJ-71481 MAG

1  YIN and two other persons by complaint with participating in a fraud and money laundering conspiracy.
2  The other two persons were arrested and have made their initial appearances in this Court. Due to the
3  need to avoid unreasonable delays from waiting for RATHA YIN's release from prison, the government
4  seeks this writ.
5        The government asks that the prisoner, RATHA YIN, be required to appear as a defendant in the
6  above-entitled matter in this Court on the date identified in the writ and for all future hearings, and
7  therefore petitioner prays that the Court issue the Writ as presented.

9  Dated: October 14, 2021                                Respectfully Submitted,

                                                         STEPHANIE M. HINDS
                                                         Acting United States Attorney

                                                         */s/ Frank J. Riebli*
                                                         Frank J. Riebli
                                                         Assistant United States Attorney

```
STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

FRANK J. RIEBLI (CABN 221152)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Frank.Riebli@usdoj.gov

Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>RATHA YIN,<br><br>   Defendant. | CASE NO. 21-MJ-71481 MAG<br><br>[PROPOSED]<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant RATHA YIN, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

IT IS SO ORDERED.


DATED: _____                              _____
                                                          HON. THOMAS S. HIXSON
                                                          United States Magistrate Judge


[PROPOSED] ORDER
CASE NO. 21-MJ-71481 MAG

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California and KATHLEEN ALLISON, Secretary of the California Department of Corrections & Rehabilitation, and RAYMOND MADDEN, Warden at Centinela State Prison** and/or any of his authorized deputies:

Pursuant to the foregoing petition and order, you are directed to produce the body of RATHA YIN, Inmate # V86033, who is in the custody of the California Department of Corrections & Rehabilitation at Centinela State Prison, located at 2302 Brown Road in Imperial, CA 92251, before the Honorable Thomas S. Hixson, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, in San Francisco, CA 94102, on **November 1, 2021, at 10:30 a.m.**, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release RATHA YIN from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: _____

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 21-MJ-71481 MAG